**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7032**

_____

JERRY ADAM HELMS, JR.,

Petitioner - Appellant,

versus

PATRICK CONROY; ATTORNEY GENERAL FOR THE STATE
OF MARYLAND,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-68-PJM)

_____

Submitted:  January 31, 2003        Decided:  February 14, 2003

_____

Before WIDENER, WILKINS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerry Adam Helms, Jr., Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Adam Helms seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and denying his motions for a new trial and to alter or amend the judgment. We have reviewed the record and conclude for the reasons stated by the district court that Helms has not made a substantial showing of the denial of a constitutional right. See Helms v. Conroy, No. CA-02-68-PJM (D. Md. June 20 and July 24, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED